IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ELWYN DENNIS** **PLAINTIFF**

**V.** **CAUSE NO. 3:14-cv-443-CWR-FKB**

**CAROLYN W. COLVIN** **DEFENDANT**
*Commissioner, United States Social Security*
*Administration*

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball, which was signed and entered on May 27, 2015. Docket No. 14. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the Plaintiff's Motion for Summary Judgment is granted in part and denied in part, and Defendant's Motion for an Order Affirming the Decision of the Commissioner is denied.

**SO ORDERED**, this the 18th day of June, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE